**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

| | | |
|---|---|---|
| DERRICK WILLIAMS, | : | No. 285 EAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum** |
| v. | : | **Opinion and Order** of the |
| | : | Commonwealth Court at No. 1505 CD |
| | : | 2015 entered on March 30, 2016, |
| PENNSYLVANIA BOARD OF | : | **affirming** the Decision of the Board of |
| PROBATION AND PAROLE, | : | Probation & Parole at Nos. BC-7529 |
| | : | and Parole No. 0474W entered on July |
| Respondent | : | 17, 2015 |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 15th day of June, 2017, the Petition for Allowance of Appeal is **GRANTED**. The Order of the Commonwealth Court is **VACATED** and this matter is **REMANDED** to the Commonwealth Court for reconsideration of its decision in light of *Pittman v. Pennsylvania Board of Probation and Parole*, __ A.3d __, 2017 WL 1489047 (Pa. April 26, 2017).